IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HASSEN ALMAWERI,

    Plaintiff,

v.

WALGREENS SPECIALTY PHARMACY,

    Defendant.
_____/

No. 13-04920 EDL

**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE**

On December 19, 2013, Defendant's counsel filed a request to appear telephonically at the initial case management conference set for January 28, 2014 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: 1/6/14

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge