1 | REX DARRELL BERRY, State Bar No. 110219
BERRY & BLOCK LLP
2 | 2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
3 | (916) 564-2000
(916) 564-2024 FAX
4

5 | Attorneys for Defendant
WALGREEN CO.
6 | (Erroneously sued herein as "Walgreens Specialty Pharmacy, LLC")

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HASSEN ALMAWERI, an individual, | ) Case No. 3:13-cv-04920-EDL |
|---|---|
| Plaintiff, | ) |
| v. | ) CONSENT ORDER GRANTING ) SUBSTITUTION OF ATTORNEY |
| WALGREENS SPECIALTY PHARMACY, LLC, and DOES 1 – 10, inclusive, | ) |
| Defendants. | ) |

Notice is hereby given that, subject to approval by the court, WALGREEN CO. (Erroneously sued herein as "Walgreens Specialty Pharmacy, LLC") substitutes Rex Darrell Berry, State Bar No. 110219, and Kronick, Moskovitz, Tiedemann & Girard as counsel of record in place of Rex Darrell Berry and Berry & Block LLP.

Contact information for new counsel is as follows:

      Firm Name: Kronick, Moskovitz, Tiedemann & Girard

      Address: 400 Capitol Mall, 27th Floor, Sacramento, CA 95814

      Telephone: (916) 321-4500

      Facsimile: (916) 321-4555

      E-Mail: rberry@kmtg.com

///

I consent to the above substitution.

DATED: 5/30, 2014

By /s/ _____
WALGREEN CO.

I consent to being substituted.

DATED: May 29, 2014

BERRY & BLOCK LLP

By /s/ _____
REX DARRELL BERRY

I consent to the above substitution.

DATED: May 29, 2014

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By /s/ _____
REX DARRELL BERRY

The substitution of attorney is hereby approved and so ORDERED.

DATED: June

/s/ Elizabeth D. Laporte
United States District Judge
UNITED STATES MAGISTRATE JUDGE