UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| HASSAN ALMAWERI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALGREEN CO.,<br><br>　　　　　Defendant.<br>_____/ | No. C 13-4920 EDL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　August 1, 2014<br>Mediator:　　Jean Hyams |

　　　IT IS HEREBY ORDERED that the requests to excuse defendant Walgreen Co.'s in-house counsel, Lauren Cohn, from appearing in person at the August 1, 2014, mediation before Jean Hyams is GRANTED. Ms. Cohn shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

July 24, 2014　　　　　　　By:　　　_____
Dated　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge