1 REX DARRELL BERRY, State Bar No. 110219
*rberry@kmtg.com*
2 MEREDITH PACKER GAREY, State Bar No. 253701
*mgarey@kmtg.com*
3 KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
4 400 Capitol Mall, 27th Floor
Sacramento, California 95814
5 Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Walgreens Co.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| HASSEN ALMAWERI, | Case No. 13-04920 EDL |
|---|---|
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER FOR CLIENT TO TELEPHONICALLY ATTEND HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| WALGREENS SPECIALTY PHARMACY, LLC, and DOES 1 through 10, inclusive, | Judge: Hon. Elizabeth D. Laporte |
| | Date: January 13, 2015 |
| Defendants. | Time: 9:00 a.m. |
| | Crtrm.: E |
| | Trial Date: 4/27/15 |

Defendant Walgreen Co. ("Walgreens") hereby requests that Ms. Lauren Cohn, its company representative, be permitted to attend telephonically the hearing on Walgreens' Motion for Summary Judgment and/or in Summary Adjudication currently scheduled for January 13, 2015 at 9:00 a.m. in Courtroom E, 15th Floor, San Francisco, California, in the above-entitled action. Walgreens' represents that Ms. Cohn will listen only to the hearing, and will not appear or otherwise participate.

///

///

///

///

///

1  Dated:  December 29, 2014                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
2                                                                          A Professional Corporation

4                                                              By:        /s/ Rex Darrell Berry
5                                                                          Rex Darrell Berry
                                                                              Meredith Packer Garey
6                                                                          Attorneys for Walgreens Co.

7      IT IS HEREBY ORDERED:

8      Ms. Lauren Cohn, the company representative for Walgreen Co. ("Walgreens") shall be

9  permitted to attend telephonically the hearing on Walgreens' Motion for Summary Judgment

10 and/or Summary Adjudication, currently scheduled for January 13, 2015 at 9:00 a.m.  Ms. Cohn

11 may listen to the hearing, but will not appear or otherwise participate.  Defendant shall notify the

12 Court's courtroom deputy at (415) 522-3694 no later than January 9, 2015 with a phone number

13 for the Court to call for this appearance.

14 DATED:  December 30, 2014

17                                                              Hon. Elizabeth D. Laporte

1168995.1  13904-002                                    2                              Case No. 13-04920 EDL
REQUEST AND [PROPOSED] ORDER FOR CLIENT TO TELEPHONICALLY ATTEND HEARING ON
MOTION FOR SUMMARY JUDGMENT