IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSEN ALMAWERI, | No. C -13-04920 (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| WALGREENS SPECIALTY PHARMACY, | |
| Defendant. | |

This matter is hereby referred to Chief Magistrate Judge Joseph C. Spero to conduct a settlement conference on February 19, 2015.

**IT IS SO ORDERED.**

Dated: January 30, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge